BANKERS' TRUST CO. v. JAMES et al.
(No. 8114.)

(Court of Civil Appeals of Texas. Dallas. Feb. 22, 1919. Rehearing Denied March 22, 1919.)

Appeal from District Court, Dallas County; E. B. Muse, Judge.

Action by Edward James and others against the Bankers' Trust Company. Judgment for plaintiffs, and defendant appeals. Affirmed.

John W. Pope, of Dallas, for appellant.
Winter, McBroom & Scott, of El Paso, and Harry P. Lawther, of Dallas, for appellees.

TALBOT, J. This is a companion case to that of Bankers' Trust Co. v. Frank A. Calhoun, 209 S. W. 826, decided by this court at a former day of the present term. The issues of law and the facts upon which they are to be determined are practically the same as those involved and passed upon in Calhoun's Case.

For the reasons given in that case, the judgment of the district court is affirmed.